IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL PETER SCHREY,

      Petitioner,                    No. CIV S-10-2263 EFB P

    vs.

K. DICKERSON, et al.,

      Respondents.                ORDER

                                    /

        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. A petitioner seeking a writ of habeas corpus either must pay the $5.00 filing fee, *see* 28 U.S.C. § 1914(a), or request leave of court to proceed *in forma pauperis*, 28 U.S.C. § 1915(a). Petitioner has neither paid the fee nor submitted an application for leave to proceed *in forma pauperis*.

        Petitioner has requested that the court appoint counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). The court may appointment counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing Section 2254 Cases. The court does not find that the interests of justice would be served by the appointment of counsel at this stage of the proceedings.

1  Additionally, while petitioner filed a petition for writ of habeas corpus on September 1,
2  2010, he requests five additional form Petitions for a Writ of Habeas Corpus. The court will
3  direct the Clerk of the court to send petitioner one form, in the event petitioner intends to file an
4  amended petition.

5  Accordingly, it hereby is ORDERED that:

6  1. Within 30 days from the day this order is served, petitioner may submit either the
7  filing fee or the application required by section 1915(a). The Clerk of the Court is directed to
8  mail to petitioner a form application for leave to proceed *in forma pauperis*. Petitioner's failure
9  to comply with this order will result in dismissal of this action.

10  2. Petitioner's August 24, and September 1 and 3, 2010, requests for appointment of
11  counsel (Docket Nos. 1, 4, 8) are denied without prejudice.

12  3. Petitioner's August 24, 2010 and September 1, 2010 requests for a form Petition for a
13  Writ of Habeas Corpus (Docket Nos. 2, 5) are granted in that the Clerk of the Court is directed to
14  mail to petitioner the form Petition for a Writ of Habeas Corpus used in this court.

15  DATED: September 9, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE