IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL PETER SCHREY,

      Petitioner,                 No. CIV S-10-2263 EFB P

      vs.

K. DICKERSON,

      Respondent.              ORDER
_____/

      Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus. *See* 28 U.S.C. § 2254. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to petitioner's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

      On October 15, 2010, the court dismissed petitioner's original application for a writ of habeas corpus with leave to amend. The dismissal order explained the deficiencies in the petition, gave petitioner thirty days to file an amended petition and warned petitioner that failure to file an amended petition would result in dismissal.

////

////

////

1

1    The 30-day period has expired and petitioner has not filed an amended petition or
2 otherwise responded to the court's order.  Petitioner did, however, request the appointment of
3 counsel, forms for filing a civil complaint pursuant to 42 U.S.C. § 1983, and expressed his intent
4 to file a civil rights action pursuant to 42 U.S.C. § 1983.  Dckt. No. 15.
5    There currently exists no absolute right to appointment of counsel in habeas proceedings.
6 *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996).  The court may appoint counsel at any
7 stage of the proceedings "if the interests of justice so require."  *See* 18 U.S.C. § 3006A; *see also*,
8 Rule 8(c), Rules Governing Section 2254 Cases.  Here, the court does not find that the interests
9 of justice would be served by the appointment of counsel.
10    Accordingly, it is hereby ORDERED that:
11    1.  Petitioner's December 29, 2010 request for appointment of counsel is denied.
12    2. The Clerk of the Court is directed to send to petitioner a copy of the form used in this
13 court for the filing of a civil complaint pursuant to 42 U.S.C. § 1983.
14    3. This action is dismissed without prejudice to the filing of a separate civil rights action.
15 Dated: January 4, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE